327 F.2d 665
 Robert J. WOJCINSKI, Plaintiff-Appellant,
v.
Arthur J. FOLEY and Arthur J. Foley, Jr., jointly and severally, Defendants-Appellees.
 No. 297.
 Docket 28575.
 United States Court of Appeals Second Circuit.
 Argued January 23, 1964.
 Decided January 23, 1964.
 
 Robert J. Lord, Detroit, Mich., for plaintiff-appellant.
 Gardner A. Callanen, Jr., Utica, N. Y., for defendants-appellees.
 Before FRIENDLY and HAYS, Circuit Judges, and ANDERSON,* District Judge.
 PER CURIAM.
 
 
 1
 We affirm in open court on the well-reasoned opinion of Judge Brennan. 226 F.Supp. 157.
 
 
 
 Notes:
 
 
 *
 Sitting by designation